*School Directors v. Kimmel,* 31 Ill. App. 537; *Bartlett v. Board of Education,* 59 Ill. 364; *School District v. Clark,* 90 Mich. 435.

The offer is loose and uncertain and abounds in conclusions. It should have been a statement of the facts appellant proposed to prove by which the conclusions reached by it would be established.

Other defects in the offer might be mentioned, but it is not necessary.

What has been said disposes of all the questions argued. The conclusions reached by the Circuit Court were undoubtedly correct, and its judgment is affirmed.

*Judgment affirmed.*

## Charles T. Smith, Appellee, v. Village of Sidell, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Vermilion county; the Hon. AUGUSTUS A. PARTLOW, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Charles T. Smith, plaintiff, against the Village of Sidell, a municipal corporation, defendant, to recover damages for personal injuries sustained in a collision between an automobile driven by plaintiff and a rope stretched across one of defendant's streets by its authorities to keep off travel while oil placed thereon for improvement of the road was fresh. From a judgment for plaintiff for one hundred dollars, defendant appeals.

R. ALLAN STEPHENS, for appellant.

LINDLEY, PENWELL & LINDLEY and SWALLOW & BOOK-WALTER, for appellee.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 1107*—*what are questions for jury in action for injuries received by colliding with rope stretched across street.* In an action against a city to recover damages for personal injuries sustained by plaintiff's automobile running into a rope stretched by defendant across one of defendant's streets to keep off travel while oil placed thereon for improvement of such street was fresh, the amount of the injury, whether same was due to defendant's negligence to properly warn the traveling public by lights or otherwise of the obstruction or was due to plaintiff's negligence in driving into the rope, *held* to be questions for the jury.

---

### George P. Bridwell, Appellee, v. John W. Utt, Appellant.

#### (Not to be reported in full.)

Appeal from the County Court of Macoupin county; the Hon. ANDREW J. DUGGAN, Judge, presiding. Heard in this court at the October term, 1916. Reversed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by George P. Bridwell, plaintiff, against John W. Utt, defendant, to recover for certain groceries sold to defendant's brother on defendant's credit. From a judgment for plaintiff for $275.23, defendant appeals.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.